HEATHER E. WILLIAMS, #122664
Federal Defender
CHARLES J. LEE, # 221057
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700/Fax 916-498-5710

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 17-PO-0735-MJS |
|---|---|
| Plaintiff, | WAIVER OF DEFENDANT'S PERSONAL PRESENCE AT PRETRIAL PROCEEDINGS AND [PROPOSED] ORDER THEREON |
| v. | |
| Joe Rueter, | |
| Defendant. | |

Pursuant to F. R. Crim. P. 43(b)(2) and (3), Defendant, having been advised of his right to be present at all stages of the proceedings, hereby requests that this Court proceed in his absence on every occasion that the Court may permit, pursuant to this waiver. Defendant agrees that his interests shall be represented at all times by the presence of his attorney, the Office of the Federal Defender for the eastern District of California, the same as if Defendant were personally present, and request that this Court allow his attorney-in-fact to represent his interests. Defendant further agrees that notice to defendant's attorney that defendant's presence will be required will be deemed notice to the defendant of the requirement of his appearance at said time and place.

Defendant makes this request because of the time, distance and/or expense involved. Travel to Yosemite National Park for court appearances would be both a financial and personal hardship. Defendant wishes to limit the number of personal court appearances and minimize the

-1-

time and expense of travel to court.

DATED: 8/29/18

DEFENDANT

DATED: 8/29/18

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

/s/ R. Barbour
R. Barbour
Assistant Federal Defender

Attorneys for Defendant

## ORDER

GOOD CAUSE APPEARING, **IT IS HEREBY ORDERED** that Defendant's appearance may be waived at any and all non-substantive pretrial proceedings until further order.

Dated: 9/20/18

HON. JEREMY D. PETERSON
United States Magistrate Judge